**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:11-CV-1830 |
| **Plaintiff** | : | |
| | : | (Chief Judge Kane) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **SIPE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On April 4, 2012, Defendants filed a motion to dismiss Plaintiff Dawn Marie Ball's complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. (Doc. No. 61.) Magistrate Judge Martin Carlson issued a Report and Recommendation on May 31, 2012, in which he recommended that this Court grant the motion to dismiss Plaintiff's complaint with prejudice for failure to state a claim. (Doc. No. 71.) Plaintiff was directed to file any objections to the Report and Recommendation on or before June 18, 2012. (Id.) To date, Plaintiff has failed to raise any objections to the Report and Recommendation. The Court has reviewed Magistrate Judge Carlson's Report and Recommendation and detects no error therein.

**ACCORDINGLY**, on this 25th day of June 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 71) is **ADOPTED**, Defendants' motion to dismiss (Doc. No. 61) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania